tor General *Rankin*, Assistant Attorney General *Olney*, *Beatrice Rosenberg* and *Julia P. Cooper* for respondent.

No. 826. LOCAL No. 332, INTERNATIONAL BROTHER-HOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, ET AL. *v.* GRAND TRUNK WESTERN RAILROAD Co. C. A. 6th Cir. Certiorari denied. *David Previant* and *George S. Fitzgerald* for petitioners. *H. Victor Spike* for respondent.

No. 827. COOKE, DOING BUSINESS AS COBE OIL Co., *v.* LIBERTY MUTUAL FIRE INSURANCE Co. C. A. 8th Cir. Certiorari denied. *Ernest Hubbell* for petitioner. *Albert Leroy Plummer* for respondent.

No. 828. HOWARD *v.* FURST ET AL. C. A. 2d Cir. Certiorari denied. *Lewis M. Dabney, Jr.* for petitioner. *Mortimer Hays* and *Mortimer Feuer* for Furst et al., *A. Donald MacKinnon* for Everett, and *Edward W. Bourne* and *Eugene Z. DuBose* for the Cerro de Pasco Corporation, respondents.

No. 836. SERGEANT *v.* FUDGE, REGIONAL OPERATIONS MANAGER, POST OFFICE DEPARTMENT, ET AL. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* Solicitor General *Rankin,* Assistant Attorney General *Doub* and *Samuel D. Slade* for respondents.

No. 840. VANDERVEER *v.* ERIE MALLEABLE IRON Co. C. A. 3d Cir. Certiorari denied. *Ralph Hammar* for petitioner. *Julian Miller* for respondent.